DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

THOMAS E. BLANKENSHIP, as trustee of the
1728 Little Pointe Circle Revocable Trust,
dated December 22, 2020,

Appellant,

v.

NAUTILUS CUSTOM HOMES, INC., and RYAN PERRONE,

Appellees.

No. 2D2024-0326
————————————————

March 7, 2025

Appeal from the Circuit Court for Sarasota County; Hunter W. Carroll, Judge.

Bryan S. Kessler of Berg & Kessler, Venice, for Appellant.

J. Ben Vitale of Vitale Law, P.A., Lakewood Ranch, for Appellee Nautilus Custom Homes, Inc.

No appearance for Appellee Ryan Perrone.

SILBERMAN, Judge.

On February 7, 2025, this court issued an order directing Thomas E. Blankenship, as trustee of the 1728 Little Pointe Circle Revocable Trust, dated December 22, 2020, to show cause why this appeal should not be dismissed for lack of jurisdiction. Blankenship filed a response to this court's order, conceding that this court lacks jurisdiction to hear

this appeal.  Because this is an appeal from a partial final judgment and the remaining pleaded claims "are legally interrelated and arise from the same transaction as the declaratory judgment claim," we dismiss this appeal for lack of jurisdiction.  *See Marinich v. Special Edition Custom Homes, LLC*, 1 So. 3d 1197, 1200 (Fla. 2d DCA 2009); *see also* Fla. R. App. P. 9.110(k).

 Dismissed.

SLEET, C.J., and ROTHSTEIN-YOUAKIM, J., Concur.

———————————————

Opinion subject to revision prior to official publication.